IN THE COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
GENERAL TRIAL DIVISION

COURT OF COMMON PLEAS
TUSCARAWAS COUNTY OHIO

2008 APR 17 A 8: 55

ROCKNE W. CLARKE
CLERK OF COURTS

STATE OF OHIO )
    Plaintiff )
vs. )
SEKOU IMANI )
    Defendant )

CASE NO.: 2007 CR 04 0145

JUDGE: ELIZABETH L. THOMAKOS

**NOTICE OF EXCULPATORY EVIDENCE**

Now comes the state of Ohio and provides the following as potential exculpatory evidence, or evidence favorable to the Defendant and material to either guilt or punishment:

Lisa Haas, a witness in this matter, has previously been charged with drug related offenses in Coshocton County. In return for consideration in the handling of that case or those cases, Coshocton County has agreed to reduce the seriousness of the offenses or dismiss the criminal charges in return for her assistance in investigating other drug related activity. Such assistance was to include assistance to other law enforcement agencies in the area, including the Tuscarawas County Sheriff. No consideration has been given by the Tuscarawas County Sheriff or the Tuscarawas County Prosecutor for any conduct which may have occurred in Tuscarawas County.

DAVID C. HIPP
Assistant Prosecuting Attorney
Tuscarawas County, Ohio
Tuscarawas County Office Building
125 East High Avenue
New Philadelphia, Ohio
PH: 330-364-8811 Ext. 3214
Facsimile: 330-364-4135
Reg. No. 0017073

Exhibit # 8